

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

———————————————

No. 02-21-00170-CV

———————————————

In re E.C., Relator

———————————————

Original Proceeding
360th District Court of Tarrant County, Texas
Trial Court No. 360-634631-18

———————————————

Before Walker, Birdwell, and Bassel, JJ
Per Curiam Memorandum Opinion

## MEMORANDUM OPINION

The court has considered relator's petition for writ of mandamus and is of the opinion that relief should be denied. Accordingly, relator's petition for writ of mandamus is denied.

The parties are reminded that their related appeal, Cause No. 02-21-00051-CV, will be automatically reinstated on Wednesday, June 16, 2021, unless the parties file an agreed or unopposed motion to dismiss the appeal by Tuesday, June 15, 2021.

Per Curiam

Delivered: June 10, 2021